# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                          NO. 2020 KW 1322

VERSUS

QUINTON JACKSON                     **FEBRUARY 01, 2021**

---

In Re:      Quinton Jackson, applying for supervisory writs, 23rd
            Judicial District Court, Parish of Ascension, No.
            37611.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT